KSC/08.03.23
AOA: USAO #2023R00184



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. SAG-23-101** |
| v. | * | (Possession with Intent to Distribute Controlled Substances, 21 U.S.C. § 841(a); Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g); Forfeiture, 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c)) |
| **JOSHUA HICKOX,** | * | |
| Defendant. | * | |

## SUPERSEDING INFORMATION

### COUNT ONE
### (Possession with Intent to Distribute Controlled Substances)

The United States Attorney for the District of Maryland further charges that:

On or about September 21, 2022, in the District of Maryland, the defendant,

**JOSHUA HICKOX**

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT TWO
### (Possession of a Firearm by a Prohibited Person)

The United States Attorney for the District of Maryland charges that:

On or about September 21, 2022, in the District of Maryland, the defendant,

### JOSHUA HICKOX

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, a loaded Smith & Wesson, model M&P Shield, 9 mm caliber handgun bearing serial number LEP5153; and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under any of the offenses set forth in Counts One and Two of this Superseding Information.

### Narcotics Forfeiture

2. Upon conviction of the offense set forth in Count One, the defendant,

**JOSHUA HICKOX**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and

   b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

### Firearm and Ammunition Forfeiture

3. Upon conviction of the offenses set forth in Count Two , pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant,

**JOSHUA HICKOX**

shall forfeit to the United States any firearms and ammunition involved in such offenses.

### Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to a loaded Smith & Wesson, model M&P Shield, 9 mm caliber handgun bearing serial number LEP5153, and any ammunition contained therein.

## Substitute Assets

5. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property.

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

*Erek L. Barron*

Adeyemi Adenrele
Digitally signed by Adeyemi Adenrele
Date: 2023.11.13 13:54:24 -05'00'

Erek L. Barron
United States Attorney

A TRUE BILL

Foreperson
Date: